# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| JOSE SANDLIN, | ) | Case No. CV 10-08045 RGK (AJW) |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| TERESA GONZALES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report").  No objections were received within the time allowed.  Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: April 19, 2011

R. GARY KLAUSNER
United States District Judge