# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

JOSE SANDLIN,                                 )
                                              )
                    Plaintiff,                )     Case  No. CV 10-08045 RGK (AJW)
                                              )
            v.                                )
                                              )
                                              )     J U D G M E N T
TERESA GONZALES, et al.,                      )
                                              )
                    Defendants.               )
_____              )

       **IT IS ADJUDGED** that this action is dismissed with prejudice.

April 19, 2011

_____
R. GARY KLAUSNER
United States District Judge